JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 08 CV 5294

ROBERT W. NAISMITH, PH.D. and
NADIA N. DAILEY

-v-

DATAMONITOR, INC., a wholly owned
subsidiary of Informa plc,

Plaintiff,

Case No.

RECEIVED
JUN 1 0 2008
U.S.D.C. S.D. N.Y.
CASHIERS

Rule 7.1 Statement

Defendant.

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

ROBERT W. NAISMITH, PH.D. and NADIA N. DAILEY          (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NOT APPLICABLE

Date: 6/10/2018

Signature of Attorney

Attorney Bar Code: RL-8375