## AFFIDAVIT OF PERSONAL SERVICE

STATE OF NEW YORK      )
                       )ss:
COUNTY OF NEW YORK     )

I, ALEXANDRA PITEA, being duly sworn, deposes and says:

I am not a party to this action, I am over the age of eighteen years and reside in the State of New York.

On the 10th day of June, 2008, at 2:20 in the afternoon, I personally served a true copy of the **SUMMONS AND COMPLAINT** upon Miranda Hewitt, the Manager at Datamonitor, 245 Fifth Avenue, 4th Floor, New York, NY 10016, said person being the proper and authorized person to be served in this proceeding.

I further describe the person actually served as follows: female, skin color (white), hair color (dark brown/long), age (approx. 35), height (approx. 5'3") and weight (approx. 160).

_____
ALEXANDRA PITEA

Sworn to before me this
10th day of June, 2008

_____
Notary Public

MAURO VISKOVIC
Notary Public, State of New York
No. 02VI6072035
Qualified in Queens County
Commission Expires 08/03/20 10