UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | | |
|---|---|---|
| ROBERT W. NAISMITH, PH.D. and NADIA N. DAILEY, | : | |
| | : | |
| Plaintiffs, | : | Case No.: 08CV5294 (PAC) |
| | : | |
| - against - | : | <u>NOTICE OF APPEARANCE</u> |
| | : | |
| DATAMONITOR, INC., a Wholly Owned Subsidiary of Informa plc, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------------x

      **PLEASE TAKE NOTICE**, That Joseph B. Cartafalsa, Esq., a member of Putney, Twombly, Hall & Hirson LLP, being duly admitted to practice before this court hereby enters an appearance for the Defendant, Datamonitor, Inc., in the above entitled action and requests that a copy of all papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       July 1, 2008

                                                    By: ____/s/ JC_____
                                                    Joseph B. Cartafalsa (JC-9352)
                                                    PUTNEY, TWOMBLY, HALL & HIRSON LLP
                                                    *Attorneys for Defendants*
                                                    521 Fifth Avenue
                                                    New York, New York  10175
                                                    (212) 682-0020