UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT W. NAISMITH, PH.D. and
NADIA N. DAILEY,

            Plaintiffs,         08 CV 5294 (PAC)

    v.

DATAMONITOR, INC., a Wholly         NOTICE OF MOTION
Owned Subsidiary of Informa plc,

            Defendant.

---

**PLEASE TAKE NOTICE** that Defendant, Datamonitor, Inc., by and through its attorneys, will move this Court, before the Honorable Paul A. Crotty, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an Order pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice Plaintiffs' Fifth and Sixth Causes of Action and awarding Defendant such other and further relief as the Court may deem just and proper.

    In support of their motion, Defendants submit a Memorandum of Law.

Dated:  New York, New York
         June 30, 2008

                                          Respectfully submitted,

                                          PUTNEY, TWOMBLY, HALL & HIRSON LLP

                                          Joseph B. Cartafalsa (JC-9352)
                                          521 Fifth Avenue
                                          New York, New York 10175
                                          (212) 682-0020
                                          *Attorneys for Defendant, Datamoniotr, Inc.*