UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x
ROBERT W. NAISMITH, PH.D. and
NADIA N. DAILEY,

                      Plaintiffs,                  08 CV 5294 (PAC)

      v.

DATAMONITOR, INC., a Wholly Owned        RULE 7.1 STATEMENT
Subsidiary of Informa plc,

                      Defendant.
-------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Courts to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Datamonitor, Inc. certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held: Informa plc

Dated:  New York, New York
         August 29, 2008

                                    Respectfully submitted,

                                    PUTNEY, TWOMBLY, HALL & HIRSON LLP

                                    _____/S /_____
                                    Joseph B. Cartafalsa (JC-9352)
                                    521 Fifth Avenue
                                    New York, New York 10175
                                    (212) 682-0020
                                    *Attorneys for Defendant, Datamoniotr, Inc.*